IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES BLEDSOE,

     Petitioner,                  No. 2:11-cv-1590 MCE JFM (HC)

    vs.

M. MARTEL, Warden,

     Respondent.               <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's October 19, 2011
2 motion for appointment of counsel is denied without prejudice.
3 DATED: November 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
bled1590.110