IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES BLEDSOE,                              No. 2:11-cv-1590 MCE JFM (PC)

    Petitioner,

    vs.                                                            <u>ORDER</u>

M. MARTEL, Warden,

    Respondent.

_____/

    On November 17, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed November 7, 2011, denying petitioner's motion for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 7, 2011, is affirmed.

Dated:  December 12, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE