IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES BLEDSOE,

    Petitioner,                    No. 2:11-cv-1590 MCE JFM P

    vs.

M. MARTEL, Warden,                  ORDER

    Respondents.

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Before counsel can be appointed, however, the court must determine whether petitioner meets the financial qualifications for such appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner, subject to proof that petitioner meets the financial qualifications for such appointment.

        2. Within thirty days the Federal Defender shall inform the court, in writing, whether petitioner meets the financial qualifications for appointment of counsel.

3. The Clerk of the Court is directed to serve a copy of the petition, petitioner's May 1, 2012 motion to stay, a copy of the docket sheet for this action, and this order on David Porter, Assistant Federal Defender.

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

5. Within sixty days from the date of this order, counsel shall either file a supplemental brief in support of petitioner's motion to stay these proceedings or notice that counsel intends to rest on the motion and reply brief filed by petitioner.

6. The court will, as appropriate, make additional orders for scheduling in this matter following resolution of petitioner's motion to stay.

DATED: December 14, 2012.

UNITED STATES MAGISTRATE JUDGE

12
bled1590.110a