```
JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Respondent
CHARLES BRADLEY BLEDSOE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BRADLEY BLEDSOE,<br><br>  Petitioner,<br><br>  v.<br><br>M. Martel, Warden,<br><br>  Respondent. | No. 2:11-cv-1590 MCE JFM<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |

Petitioner, CHARLES BRADLEY BLEDSOE, hereby moves this Court for an order substituting Krista Hart, Attorney at Law, 428 J Street, Suite 350 Sacramento, CA, 95814, telephone (916) 498-8398; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner.  Ms. Hart has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ms. Hart is aware of any deadlines in this case.  The undersigned is authorized to sign this substitution motion on her behalf.

Dated:   January 4, 2013

                                                 Respectfully submitted,

                                                 JOSEPH SCHLESINGER
                                                 Acting Federal Defender

                                                 */s/ David M. Porter*
                                                 DAVID M. PORTER
                                                 Assistant Federal Defender

                                                 Attorneys for Petitioner
                                                 CHARLES BRADLEY BLEDSOE


Dated:  January 4, 2013           */s/Krista Hart*
                                          KRISTA HART


**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Krista Hart, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 10, 2013.

                                      UNITED STATES MAGISTRATE JUDGE

/bled1590.sub